THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
LEAH S. STRICKLAND [SBN 265724]
lstrickland@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant MIDLAND FUNDING, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZAN TAPP,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC; LEGAL RECOVERY LAW OFFICES, INC.; and MARK D. WALSH,<br><br>Defendants. | Case No. 12-CV-0872 DMS (DHB)<br><br>**JOINT MOTION TO: (1) EXTEND DISCOVERY CUT-OFF; AND (2) EXTEND LAW AND MOTION CUT-OFF DATE BY 60 DAYS** |

Plaintiff SUZAN TAPP and Defendants MIDLAND FUNDING, LLC, LEGAL RECOVERY LAW OFFICES, INC., and MARK D. WALSH, through their counsel of record, jointly move the Court for an order extending the existing discovery cut-off date and law and motion cut-off date by sixty (60) days. Grounds for the motion are that a motion to dismiss the amended complaint under Rule 12(b)(6) is currently pending with a hearing date of February 22, 2013. The current discovery cut-off date is March 15, 2013, and the current law and motion cut-off date is April 15, 2013.

Under the current schedule, the parties would have to incur the expense of full discovery, including numerous out-of-town depositions, while the motion to dismiss is pending. The parties wish to avoid unnecessary discovery expense until the

1  pleadings are closed.  Accordingly, the parties request that the current discovery cut-
2  off date be extended from March 15, 2013 to May 17, 2013, and the current law and
3  motion cut-off date be extended from April 15, 2013 to June 17, 2013.
4  Alternatively, if this requested extension is unacceptable to the Court, the parties
5  request the Court set a conference call to discuss scheduling.

DATED:  February 8, 2013            SOLOMON WARD SEIDENWURM &
                                    SMITH, LLP


                                    By: /s/Thomas F. Landers
                                        THOMAS F. LANDERS
                                        LEAH S. STRICKLAND
                                        Attorneys for Defendant MIDLAND
                                        FUNDING, LLC


DATED:  February 8, 2013            HYDE & SWIGART


                                    By: /s/Joshua B. Swigart
                                        JOSHUA B. SWIGART
                                        ROBERT L. HYDE
                                        Attorneys for Plaintiff SUZAN TAPP


DATED:  February 8, 2013            LEGAL RECOVERY LAW OFFICES, INC.


                                    By: /s/David A. Cotter
                                        DAVID A. COTTER
                                        Attorneys for Defendants LEGAL
                                        RECOVERY LAW OFFICES, INC. and
                                        MARK D. WALSH

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Joshua B. Swigart, counsel for plaintiff, and David A. Cotter, counsel for defendants Legal Recovery Law Offices, Inc. and Mark D. Walsh, that I have obtained Mr. Swigart's and Mr. Cotter's authorization to affix their electronic signature to this document.

/s/ *Thomas F. Landers*
THOMAS F. LANDERS